## In the Matter of the Petition of Warren A. Dodt and Ruth Genevieve Dodt to adopt Craig Bruce Werner, Appellees, v. Paul D. Werner, Appellant.

Gen. No. 44,870.

Arthur S. Gomberg, for appellant; Samuel Nineberg, of counsel; Brown, Cox & Wexman, for appellees; Marcus Wexman and Arthur Magid, of counsel. Opinion by JUSTICE SCHWARTZ. Not to be published in full; opinion filed March 14, 1950; released for publication April 3, 1950.